## FRANCIS, ET AL. V. SHEETS.

(Decided June 7, 1910.)

APPEAL from Morgan Chancery Court.

Heard before Hon. W. H. SIMPSON.

CALLAHAN & HARRIS, for appellant.  E. W. GODBEY,
for appellee.

Per curiam.  Dismissed on appellant's motion.

---

## HAIGLER, ET AL. V. GOLDSMITH.

(Decided June 9, 1910.)

APPEAL from Lowndes Circuit Court.

Heard before Hon. J. C. RICHARDSON.

TYSON, WILSON & MARTIN, for appellant.  MARKS &
SAYRE, for appellee.

SAYRE, J.—Reversed and remanded on the authority of
*Norwood v. Goldsmith*, 162 Ala. 171; 50 South. 394.

SIMPSON, ANDERSON and MAYFIELD, JJ., concur.

---

## HALL, ET AL. V. WOODWARD.

(Decided May 17, 1910.)

APPEAL from Limestone Circuit Court.

Heard before Hon. D. W. SPEAKE.

WERT & LYNNE, for appellant.  W. T. SANDERS, for
appellee.

Per curiam.  Settled between the parties and dis-
missed.